PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Sep 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of:<br><br>INFORMATION ASSOCIATED WITH<br>kurtstocks@gmail.com,<br>heidicakes11@gmail.com, and<br>aphlc4470@gmail.com<br>THAT IS STORED AT PREMISES<br>CONTROLLED BY GOOGLE, INC. | CASE NO.  2:18-SW-51 EFB<br><br>ORDER TO UNSEAL SEARCH WARRANTS<br>AND SEARCH WARRANT AFFIDAVITS |

ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrants and search warrant applications including the attached addidavit in the above-captioned matters be, and are, unsealed.

Dated: September 6, 2022

THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE